UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MILLARD WAYNE BAKER, JR.,

Plaintiff,

v.

LOZANO, et al.

Defendants.

No. 1:26-cv-04832-KES EPG (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION AS DUPLICATIVE

Docs. 11

Plaintiff Millard Wayne Baker, Jr. is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C 1983.[1] Doc. 1. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 7, 2026, the assigned magistrate judge issued findings and recommendations to dismiss this action (1:26-cv-4832 KES EPG) as duplicative of *Baker v. Lozano, et al.*, 1:24-cv-00716-KES-FJS ("*Baker I*"), which plaintiff filed in 2024. Doc. 11. The magistrate judge advised plaintiff that any objections to the findings and recommendations were due within thirty (30) days of being served. *Id.* at 4–5. Plaintiff filed objections on September 14, 2026, in which he appears to acknowledge that the complaint in this action is "literally the same" as the complaint he filed in *Baker I* in 2024. Doc. 12 at 2. Plaintiff's earlier filed case, *Baker I*, is still pending and the first amended complaint in that action remains subject to screening by the

[1] Plaintiff's motion to proceed in forma pauperis is pending. Doc. 2.

assigned magistrate judge. *See* docket, *Baker I*. Plaintiff's complaint filed in this case (1:26-cv-04832) is duplicative of *Baker I*, and the magistrate judge appropriately recommended dismissal.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

As such, The Court HEREBY ORDERS:

1. The findings and recommendations issued on August 7, 2026 (Doc. 11) are ADOPTED in full.
2. This action is dismissed as duplicative.
3. The Clerk of Court is directed to terminate any pending motions and to close this case.

IT IS SO ORDERED.

Dated: September 19, 2026

UNITED STATES DISTRICT JUDGE